JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY SAPP, JR., ) | NO. CV 09-1375-GHK(CT) |
| ) Petitioner, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| JOHN W. COLTON, ) | |
| ) Respondent. ) | |

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice to petitioner filing a non-habeas civil complaint.

DATED: 3/8/09

GEORGE H. KING
UNITED STATES DISTRICT JUDGE